The People of the State of New York, Respondent,
against
Nathan Empage, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Michael J. Yavinsky, J. at speedy trial motion and renewal; James M. Burke, J. at plea and sentencing), rendered January 24, 2011, convicting him, upon his plea of guilty, of driving while intoxicated (Vehicle and Traffic Law § 1192[2]).




Per Curiam.
Judgment of conviction (Michael J. Yavinsky, J. at speedy trial motion and renewal; James M. Burke J. at plea and sentencing), rendered January 24, 2011, affirmed.
The court properly denied defendant's motion alleging a violation of his constitutional right to a speedy trial (see People v Taranovich, 37 NY2d 442 [1975]). Although there was an extended period of delay, the record indicates that the delay was primarily caused by the arresting officer's serious health issues (see People v Cruz, 293 AD2d 412 [2002], lv denied 98 NY2d 674 [2002]; People v Reid, 261 AD2d 103 [1999], lv denied 93 NY2d 977 [1999]) and defendant's extensive motion practice (see People v Mack, 126 AD3d 657 [2015], lv denied 25 NY3d 1167 [2015]). With respect to the remaining Taranovich factors, we note that the charges were serious, defendant was never in custody, and he made no showing that his ability to defend was prejudiced by the delay in prosecution (see People v Williams, 284 AD2d 221 [2001], lv denied 96 NY2d 926 [2001]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: January 13, 2017